IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JULIA DE LA FUENTE, | § § § | |
| Plaintiff, | § § | |
| V. | § § | 1:22-cv-942-DII |
| KINDERCARE EDUCATION, LLC, KINDERCARE EDUCATION AT WORK, LLC, and KINDERCARE LEARNING CENTERS, LLC, | § § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Mark Lane concerning Plaintiff Julia De La Fuente's Opposed Motion for Leave to File Amended Complaint, (Dkt. 4), De La Fuente's Opposed Motion to Remand, (Dkt. 5), and all related briefing. (R. & R., Dkt. 11). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Lane issued the report and recommendation on May 17, 2023. As of the date of this order, no party has filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

1

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 11), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff Julia De La Fuente's Opposed Motion for Leave to File Amended Complaint, (Dkt. 4), is **DENIED.**

**IT IS FURTHER ORDER** that Plaintiff Julia De La Fuente's Opposed Motion to Remand, (Dkt. 5), is **DENIED**.

**IT IS FINALLY ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," and submit a Joint Proposed Scheduling Order using District Judge Robert Pitman's form **on or before Friday, June 23, 2023**.

**SIGNED** on June 2, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE